FILED

09/30/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0330

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0330

STATE OF MONTANA,

     Plaintiff and Appellee,

v.

BRADLEY MEFFORD,

     Defendant and Appellant.

**ORDER**

Following entry of this Court's September 27, 2022 Opinion reversing and vacating the conviction, Defendant and Appellant Bradley Mefford has moved for immediate remittitur. Mefford represents that the State of Montana does not oppose this motion. Good cause appearing,

IT IS ORDERED that remittitur shall issue immediately.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 30 2022